# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 25, 2009

139602 & (3)(4)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

GRIEVANCE ADMINISTRATOR,
      Petitioner-Appellee,

v

                               SC: 139602
                               ADB: 07-63-GA

ROBERT L. WIGGINS, JR.,
      Respondent-Appellant.

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for stay is DENIED as moot.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 25, 2009                         _____
                                               Clerk

p0922